IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE ANTHONY PARKER, ) | |
| # 08480-003 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:18-cr-247-TFM-B |
| ) | CIV. ACT. NO. 1:22-cv-13-TFM-B |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION AND ORDER**

On May 5, 2023, the Magistrate Judge entered a Report and Recommendation which recommends that the Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (Doc. 125) be granted, that Jesse Anthony Parker's sentence be vacated, and Parker be resentenced. *See* Doc. 144.

The United States timely filed its objections. *See* Doc. 145. Petitioner Parker timely responded to the objections. *See* Doc. 152. The United States also submitted additional authority which was released by the Eleventh Circuit on July 6, 2023 – after the Report and Recommendation, objections, and response were filed. On October 24, 2023, the Court held oral arguments on the matter and instructed the United States to file a proposed order should the undersigned decide to reject the Report and Recommendation.

The Court notes that the undersigned was the original judicial officer who sentenced Parker on August 16, 2019. The Court has reviewed this case repeatedly based upon the issues raised by the § 2255 motion, the Report and Recommendation, and the subsequent filings of the parties. Importantly, no party disputes that an error was made in the calculation of the Presentence Report ("PSR") which resulted in an incorrect calculation of the guidelines. Therefore, the Court now

turns to the precise issues raised on the § 2255 – namely ineffective assistance of counsel in failing to object on the youthful offender adjudication qualifying as a predicate conviction for a serious drug offense under the Armed Career Criminal Act ("ACCA").  Ultimately, after due and proper consideration of all portions of this file deemed relevant to the issues raised, a *de novo* determination of those portions of the report and recommendation to which objection is made, and careful review of the subsequent matters, the Court agrees with the well-reasoned analysis of the Magistrate Judge and therefore the Report and Recommendation is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner Jessie Anthony Parker's motion to vacate sentence pursuant to 28 U.S.C. § 2255 (Doc. 125) is **GRANTED**, that Parker's sentence is vacated.

This matter is scheduled for a re-sentencing hearing on **April 4, 2024 at 2:00 p.m.** to be held in Courtroom 3B, United States Courthouse, 155 St. Joseph Street, Mobile, Alabama.  The Clerk of Court is **DIRECETED** to issue a *writ of habeas corpus ad prosequendum* to produce the Defendant for said hearing.

The Court notes that it appears that the United States Probation Office already prepared an Amended Presentence Report ("Amended PSR") dated June 9, 2023.  *See* Doc. 148.  However, to ensure it does account for this order, the United States Probation Office is **ORDERED** to review the docket sheet to determine an updated presentence report that excludes Defendant's Youthful Offender adjudication as a predicate conviction under the ACCA has already been completed and that there is no additional information that needs to be added based on the time lapse between June 9, 2023 and today's date.  If the Amended PSR is already complete, then the Probation shall notify the Court and the parties that it is complete.  If a further Amended PSR needs to be completed and filed, then it shall be completed **within thirty (30) days** of this Memorandum Opinion and Order.

**DONE** and **ORDERED** this 16th day of January, 2024.

                                        /s/Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES DISTRICT JUDGE